Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Freeman Orthodontics, P.A. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | dba Freeman Orthodontic Specialists |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 55-0881045 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1825 NE 45th St.<br>Number        Street | Number        Street |
| Suite A | |
| | P.O. Box |
| Fort Lauderdale      FL      33308<br>City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Broward County<br>County | Number        Street |
| | City                    State      ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Debtor    Freeman Orthodontics, P.A.
_____    Case number *(if known)*_____
    Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6212____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____ When _____ Case number _____
                                                          MM / DD / YYYY

           District _____ When _____ Case number _____
                                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.    Debtor    Freeman Holdings, LLC _____ Relationship    Affiliate _____

           District    Southern District of Florida _____ When _____
                                                                          MM  /  DD  /  YYYY

           Case number, if known _____

| Debtor | Freeman Orthodontics, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |

_____

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Freeman Orthodontics, P.A. | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million

☑ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/17/2020  
MM / DD / YYYY

✖ /s/ Christopher Freeman  
Signature of authorized representative of debtor

Christopher Freeman  
Printed name

Title MGRM

**18. Signature of attorney**

✖ /s/ Aaron Wernick  
Signature of attorney for debtor

Date  05/17/2020  
MM / DD / YYYY

Aaron Wernick  
Printed name

Wernick Law, PLLC  
Firm name

2255 Glades Road Suite 324A  
Number        Street

Boca Raton  
City

FL  
State

33431  
ZIP Code

561-961-0922  
Contact phone

awernick@wernicklaw.com  
Email address

14059  
Bar number

FL  
State

---

Freeman Orthodontics, P.A.

Debtor _____    Case number *(if known)*_____

First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**Freeman Holdings**      **Southern District**
**II, LLC**              **of Florida**

**FWP Realty**           **Southern District**
**Holdings, LLC**        **of Florida**

**Interstellar**         **Southern District**
**Disruption, LLC**      **of Florida**
**dba Swanky Smiles**

**Freeman Mobile**       **Southern District**
**Orthodontics, PLLC**   **of Florida**

**Christopher Freeman**  **Southern District**
                         **of Florida**

**Fill in this information to identify the case:**

Debtor name _____Freeman Orthodontics, P.A._____

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Woodforest National Bank 25231 Grogans Mill Rd. Suite 450 The Woodlands, TX, 77380 | | | Disputed Unliquidated | | | 6,865,082.99 |
| 2 | Align Technology 2820 Orchard Pkwy. San Jose, CA, 95134 | | | Disputed Unliquidated | | | 2,353,305.00 |
| 3 | American Express Attn: Bankruptcy PO Box 981540 El Paso, TX, 79998 | | | | | | 270,557.80 |
| 4 | GM Financial PO Box 181145 Arlington, TX, 76096 | | Guarantee of vehicle loans | Unliquidated Contingent | | | 250,000.00 |
| 5 | Francis E. McEvoy Revocable Living Trust and Joanne Morgan Trust 131 Rogers Circle Springdale, AR, 72764 | | Second mortgage | Contingent | | | 200,000.00 |
| 6 | Bank of America Attn: Bankruptcy NC4-105-02-99 PO Box 26012 Greensboro, NC, 27410 | | | | | | 194,913.54 |
| 7 | Kevin Dillard 2421 Indian Tree Run Glencoe, MO, 63038 | | | Disputed | | | 175,000.00 |
| 8 | TIAA Commercial Finance, Inc 10 Waterview Blvd. Parsippany, NJ, 07054 | | Monies Loaned / Advanced | | | | 31,883.60 |

Debtor    Freeman Orthodontics, P.A.
_____
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Henry Schein dba OrthoOrganizers 520 S Rock Blvd. Reno, NV, 89502 | | | Disputed | | | 27,004.25 |
| 10 | Henry Schein dba OrthoOrganizers 520 S Rock Blvd. Reno, NV, 89502 | | | Disputed | | | 27,004.25 |
| 11 | Bank of America Attn: Bankruptcy NC4-105-03-14 PO Box 26012 Greensboro, NC, 27410 | | Credit Card Debt | | | | 25,329.45 |
| 12 | Dell Financial Services Attn: Bankruptcy Dept. PO Box 81577 Austin, TX, 78708 | | Suppliers or Vendors | | | | 11,433.04 |
| 13 | Henry Schein Corporate Headquarters 135 Duryea Rd. Melville, NY, 11747 | | | Disputed | | | 8,621.72 |
| 14 | Ally Financial Active Bankruptcy Department PO Box 130424 Roseville, MN, 55113 | | | Contingent | | | 8,520.81 |
| 15 | Ally Financial Active Bankruptcy Department PO Box 130424 Roseville, MN, 55113 | | | Contingent | | | 8,217.99 |
| 16 | Heather Marzano 7 Mendota Ln. Fort Lauderdale, FL, 33308 | | | Disputed | | | 8,000.00 |
| 17 | NEOLab 3 Riverside Dr. Andover, MA, 01810 | | Suppliers or Vendors | | | | 4,939.65 |
| 18 | Walker Benefits, LLC 2599 Wilmington Rd. New Castle, PA, 16105 | | Benefits services | | | | 4,206.84 |
| 19 | Verizon Bankruptcy Administration 500 Technology Dr., Suite 550 Saint Charles, MO, 63304 | | Telephone / Internet services | | | | 4,034.59 |
| 20 | Eldridge Brooks, PLLC 3300 Market St. Suite 403 Rogers, AR, 72758 | | | | | | 3,555.00 |

**Fill in this information to identify the case:**

Debtor name        Freeman Orthodontics, P.A.

United States Bankruptcy Court for the:    Southern District of Florida

Case number (If known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Bank of America | All assets | $ 430,559.65 | $ 0.00 |

Creditor's mailing address

100 N Tryon St.
Charlotte, NC 28255

Creditor's email address, if known

Describe the lien

Date debt was incurred    8/15/2016

Last 4 digits of account number    6527

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Bank of America | All assets | $362,148.30 | $0.00 |

Creditor's mailing address
100 N Tryon St.
Charlotte, NC 28255

Creditor's email address, if known

Describe the lien

Date debt was incurred    8/15/2016
Last 4 digits of account number    6527

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,128,921.20

Debtor    Freeman Orthodontics, P.A.
Name

Case number (if known)_____

## Part 1:    Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

**2.3**  **Creditor's name**
Bank of America

**Describe debtor's property that is subject to a lien**

All assets

$52,524.79          $0.00

**Creditor's mailing address**

100 N Tryon St.
Charlotte, NC 28255

**Creditor's email address, if known**

**Date debt was incurred**    10/15/2012

**Describe the lien**

**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☑ No

☐ Yes. Have you already specified the relative
priority?

  ☐ No. Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
  specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **Creditor's name**
Bank of America

**Describe debtor's property that is subject to a lien**

$194,913.54          $0.00

**Creditor's mailing address**

100 N Tryon St.
Charlotte, NC 28255

**Creditor's email address, if known**

**Date debt was incurred**    _____

**Describe the lien**

**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☑ No

☐ Yes. Have you already specified the relative
priority?

  ☐ No. Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
  specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor    Freeman Orthodontics, P.A.
          Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Highland Capital Corporation

**Describe debtor's property that is subject to a lien**

Misc. equipment (2/2017)

$51,274.92          $ 0.00

**Creditor's mailing address**

5 Center Ave.
Little Falls, NJ 07424

**Creditor's email address, if known**

**Date debt was incurred**    8/1/2019

**Last 4 digits of account number**    2127

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
Highland Capital Corporation

**Describe debtor's property that is subject to a lien**

Misc. equipment (2/2017)

$37,500.00          $ 0.00

**Creditor's mailing address**

5 Center Ave.
Little Falls, NJ 07424

**Creditor's email address, if known**

**Date debt was incurred**    7/1/2020

**Last 4 digits of account number**    2249

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Freeman Orthodontics, P.A. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Law Offices of Liebler Gonzalez & Potuondo<br>Courthouse Tower - 25th Floor<br>44 W Fagler St.<br>Miami, FL, 33130 | Line 2. _1_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Freeman Orthodontics, P.A.

United States Bankruptcy Court for the:   Southern District of Florida

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Broward County Tax Collector
115 S Andrews Ave.
Room 114
Ft Lauderdale, FL, 33301-1873

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 0.00    $ ____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address
Internal Revenue Service
PO Box 21126
Philadelphia, PA, 19114

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 0.00    $ ____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.3**   Priority creditor's name and mailing address
Internal Revenue Service, Insolvency Unit
7850 SW 6th Court, Mail Stop 5730
Fort Lauderdale, FL, 33324

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 0.00    $ ____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Freeman Orthodontics, P.A.
         _____
         Name                                        Case number (*if known*)_____

| Part 1. | Additional Page |
|---------|------------------|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

2.4 **Priority creditor's name and mailing address**

State of Florida, Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL, 32314-6668

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00 _____   $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

2.___ **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**
☐ No
☐ Yes

---

2.___ **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**
☐ No
☐ Yes

---

2.___ **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**
☐ No
☐ Yes

---

Debtor  Freeman Orthodontics, P.A.
      Name

Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Align Technology
2820 Orchard Pkwy.

San Jose, CA, 95134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 2,353,305.00

**Date or dates debt was incurred**  4/15/19

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
Ally Financial
Active Bankruptcy Department
PO Box 130424
Roseville, MN, 55113

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,217.99

**Date or dates debt was incurred**  07/15/2016

**Last 4 digits of account number**  1535

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
Ally Financial
Active Bankruptcy Department
PO Box 130424
Roseville, MN, 55113

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,520.81

**Date or dates debt was incurred**  07/16/2016

**Last 4 digits of account number**  7620

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
Ally Financial
Active Bankruptcy Department
PO Box 130424
Roseville, MN, 55113

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,357.41

**Date or dates debt was incurred**  7/17/2016

**Last 4 digits of account number**  1225

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
Ally Financial
Active Bankruptcy Department
PO Box 130424
Roseville, MN, 55113

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,360.94

**Date or dates debt was incurred**  7/19/2016

**Last 4 digits of account number**  1563

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
Ally Financial
Active Bankruptcy Department
PO Box 130424
Roseville, MN, 55113

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**  7/18/2016

**Last 4 digits of account number**  6627

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims      

Debtor    Freeman Orthodontics, P.A.
    Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7**    Nonpriority creditor's name and mailing address

American Express
Attn: Bankruptcy
PO Box 981540
El Paso, TX, 79998

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 270,557.80**

Date or dates debt was incurred    05/01/2019

Last 4 digits of account number    0009

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**    Nonpriority creditor's name and mailing address

Bank of America
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC, 27410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 194,913.54**

Date or dates debt was incurred    11/18/2013

Last 4 digits of account number    0979

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9**    Nonpriority creditor's name and mailing address

Bank of America
Attn: Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC, 27410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

**$ 25,329.45**

Date or dates debt was incurred    01/01/2019

Last 4 digits of account number    8258

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**    Nonpriority creditor's name and mailing address

Dell Financial Services
Attn: Bankruptcy Dept.
PO Box 81577
Austin, TX, 78708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

**$ 11,433.04**

Date or dates debt was incurred    03/08/2019

Last 4 digits of account number    3001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**    Nonpriority creditor's name and mailing address

Eldridge Brooks, PLLC
3300 Market St.
Suite 403
Rogers, AR, 72758

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 3,555.00**

Date or dates debt was incurred    5/25/2018

Last 4 digits of account number    0054

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Freeman Orthodontics, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Francis E. McEvoy Revocable Living Trust and
Joanne Morgan Trust
131 Rogers Circle
Springdale, AR, 72764

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 200,000.00

Basis for the claim: Second mortgage

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Frost, PLLC
4375 N Vantage Dr.

Fayetteville, AR, 72703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.70

Basis for the claim: Accounting services

Date or dates debt was incurred    3/3/2020

Last 4 digits of account number    3003

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

GM Financial
PO Box 181145
Arlington, TX, 76096

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ 250,000.00

Basis for the claim: Guarantee of vehicle loans

Date or dates debt was incurred    07/15/2018

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Heather Marzano
7 Mendota Ln.

Fort Lauderdale, FL, 33308

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 8,000.00

Basis for the claim:

Date or dates debt was incurred    12/13/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Henry Schein Corporate Headquarters
135 Duryea Rd.

Melville, NY, 11747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 8,621.72

Basis for the claim:

Date or dates debt was incurred    02/14/2019

Last 4 digits of account number    6086

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Freeman Orthodontics, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.17 Nonpriority creditor's name and mailing address

Henry Schein Corporate Headquarters
135 Duryea Rd.

Melville, NY, 11747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Orthodontics supplies

$ 3,000.00

| Date or dates debt was incurred | 3/1/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 8746 | ☑ No  ☐ Yes |

### 3.18 Nonpriority creditor's name and mailing address

Henry Schein dba OrthoOrganizers
520 S Rock Blvd.

Reno, NV, 89502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 27,004.25

| Date or dates debt was incurred | 4/30/19 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 7690 | ☑ No  ☐ Yes |

### 3.19 Nonpriority creditor's name and mailing address

Henry Schein dba OrthoOrganizers
520 S Rock Blvd.

Reno, NV, 89502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 27,004.25

| Date or dates debt was incurred | 4/30/19 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 7883 | ☑ No  ☐ Yes |

### 3.20 Nonpriority creditor's name and mailing address

Kevin Dillard
2421 Indian Tree Run
Glencoe, MO, 63038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 175,000.00

| Date or dates debt was incurred | 07/31/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

### 3.21 Nonpriority creditor's name and mailing address

NEOLab
3 Riverside Dr.
Andover, MA, 01810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,939.65

| Date or dates debt was incurred | 02/13/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

Debtor    Freeman Orthodontics, P.A.
_____    Case number (if known)_____
           Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22**  Nonpriority creditor's name and mailing address

TIAA Commercial Finance, Inc
10 Waterview Blvd.
Parsippany, NJ, 07054

As of the petition filing date, the claim is:    $ 31,883.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred    08/08/2016
Last 4 digits of account number    8094

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address

Toshiba Business Solutions
PO Box 402709
Atlanta, GA, 30384

As of the petition filing date, the claim is:    $ 600.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred    1/29/2019
Last 4 digits of account number    0002

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**  Nonpriority creditor's name and mailing address

United Healthcare
PO Box 959782
Saint Louis, MO, 63195

As of the petition filing date, the claim is:    $ 956.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    08/01/2019
Last 4 digits of account number    6892

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25**  Nonpriority creditor's name and mailing address

Verizon
Bankruptcy Administration
500 Technology Dr., Suite 550
Saint Charles, MO, 63304

As of the petition filing date, the claim is:    $ 4,034.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone / Internet services

Date or dates debt was incurred    12/10/2019
Last 4 digits of account number    0001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address

Verizon
Bankruptcy Administration
500 Technology Dr., Suite 550
Saint Charles, MO, 63304

As of the petition filing date, the claim is:    $ 1,373.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone / Internet services

Date or dates debt was incurred    12/10/2019
Last 4 digits of account number    0003

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Freeman Orthodontics, P.A. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27  **Nonpriority creditor's name and mailing address**

Walker Benefits, LLC
2599 Wilmington Rd.
New Castle, PA, 16105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Benefits services

$ 4,206.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 28  **Nonpriority creditor's name and mailing address**

Woodforest National Bank
25231 Grogans Mill Rd.
Suite 450
The Woodlands, TX, 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 6,865,082.99

**Date or dates debt was incurred** 5/2/2018

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Freeman Orthodontics, P.A.    Case number (if known)_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Christopher J. Whitelock, Esq.<br>Whitelock & Associates, P.A.<br>300 E 13th St.<br>Fort Lauderdale, FL, 33316 | Line 3.15<br>☐ Not listed. Explain: | _____ |
| 4.2. | Francis E. McEvoy, Trustee for McEvoy Trust<br>131 Rogers Circle<br>Springdale, AR, 72764 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.3. | Joanne Morgan, Trustee for Morgan Trust<br>131 Rogers Circle<br>Springdale, AR, 72764 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.4. | Kimberly Ann Kisor, Trustee for Morgan Trust<br>131 Rogers Circle<br>Springdale, AR, 72764 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Freeman Orthodontics, P.A.                                    Case number *(if known)*_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 10,493,362.20 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,493,362.20 |

**Fill in this information to identify the case:**

Debtor name _____Freeman Orthodontics, P.A._____

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____   Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Rent for: 1825 NE 45th St. Suite B, Fort Lauderdale, FL 33308<br>Lessee | Freeman Holdings II, LLC<br>1825 NE 45th St.<br>Suite A<br>Fort Lauderdale, FL, 33308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Rent for 8200 W Sunrise Blvd., Suite B-3, Plantation, FL 33308<br>Lessee | Freeman Holdings, LLC<br>8200 W. Sunrise Blvd.<br>Suite B-3<br>Fort Lauderdale, FL, 33322 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Rent for: 1712 N University Dr., Coral Springs, FL<br>Lessee | M&P Commercial Real Estate Holdings, LLC<br>c/o Jason Price<br>1509 N State Rd., Suite I<br>Pompano Beach, FL, 33063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Freeman Orthodontics, P.A.___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Freeman Holdings, LLC | Freeman Holdings, LLC<br>8200 W Sunrise Blvd.<br>Suite B-3<br>Fort Lauderdale, FL 33322 | Bank of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Christopher Freeman | Christopher Freeman<br>5201 NE 31st Ave.<br>Fort Lauderdale, FL 33308 | Woodforest National Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Freeman Holdings, L | Freeman Holdings, LLC<br>8200 W Sunrise Blvd.<br>Suite B-3<br>Fort Lauderdale, FL 33322 | Woodforest National Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Freeman Holdings II, | Freeman Holdings II, LLC<br>1825 NE 45th St.<br>Suite A<br>Fort Lauderdale, FL 33308 | Woodforest National Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Christopher Freeman | Christopher Freeman<br>5201 NE 31st Ave.<br>Fort Lauderdale, FL 33308 | Francis E. McEvoy Revoc | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Interstellar Disruption | Interstellar Disruption, LLC<br>1825 NE 45th St.<br>Suite A<br>Fort Lauderdale, FL 33308 | Francis E. McEvoy Revoc | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Freeman Orthodontics, P.A. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.7 | Jeff Wilson | Jeff Wilson<br>3318 N Clay St.<br>Denver, CO 80211 | Francis E. McEvoy Revoc | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Wayne Pearson | Wayne Pearson<br>19586 David Ford Rd.<br>Springdale, AR 72764 | Francis E. McEvoy Revoc | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | FWP Realty Holdin | FWP Realty Holdings, LLC<br>1825 NE 45th St.<br>Suite B<br>Fort Lauderdale, FL 33308 | Francis E. McEvoy Revoc | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Wayne Pearson | Wayne Pearson<br>19586 David Ford Rd.<br>Springdale, AR 72764 | Bank of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Jeff Wilson | Jeff Wilson<br>3318 N Clay St.<br>Denver, CO 80211 | Bank of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Christopher Freem | Christopher Freeman<br>5201 NE 31st Ave.<br>Fort Lauderdale, FL 33308 | Bank of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Freeman Holdings, | Freeman Holdings, II LLC<br>1825 NE 45th St<br>Suite A<br>Ft. Lauderdale, FL 33308 | Bank of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.__ | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name    Freeman Orthodontics, P.A.

United States Bankruptcy Court for the:    Southern District of Florida

Case number (*If known*):    _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule _____*

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/17/2020            ✘ /s/ Christopher Freeman
_____            _____
MM / DD / YYYY            Signature of individual signing on behalf of debtor

Christopher Freeman
_____
Printed name

MGRM
_____
Position or relationship to debtor

United States Bankruptcy Court

Southern District of Florida

In re: Freeman Orthodontics, P.A.

Case No.

Chapter   11

                    Debtor(s)

**Verification of Creditor Matrix**

      The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____05/17/2020_____

/s/ Christopher Freeman
_____
Signature of Individual signing on behalf of debtor

MGRM
_____
Position or relationship to debtor

Align Technology
2820 Orchard Pkwy.
San Jose, CA 95134


Ally Financial
Active Bankruptcy Department
PO Box 130424
Roseville, MN 55113


American Express
Attn: Bankruptcy
PO Box 981540
El Paso, TX 79998


Bank of America
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27410


Bank of America
100 N Tryon St.
Charlotte, NC 28255


Broward County Tax Collector
115 S Andrews Ave.
Room 114
Ft Lauderdale, FL 33301-1873


Christopher Freeman
5201 NE 31st Ave.
Fort Lauderdale, FL 33308


Dell Financial Services
Attn: Bankruptcy Dept.
PO Box 81577
Austin, TX 78708


Eldridge Brooks, PLLC
3300 Market St.
Suite 403
Rogers, AR 72758


Francis E. McEvoy Revocable Living Trust and
131 Rogers Circle
Springdale, AR 72764

Francis E. McEvoy, Trustee for McEvoy Trust
131 Rogers Circle
Springdale, AR 72764


Frost, PLLC
4375 N Vantage Dr.
Fayetteville, AR 72703


GM Financial
PO Box 181145
Arlington, TX 76096


Henry Schein Corporate Headquarters
135 Duryea Rd.
Melville, NY 11747


Henry Schein dba OrthoOrganizers
520 S Rock Blvd.
Reno, NV 89502


Highland Capital Corporation
5 Center Ave.
Little Falls, NJ 07424


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service, Insolvency Unit
7850 SW 6th Court, Mail Stop 5730
Fort Lauderdale, FL 33324


Jeff Wilson
3318 N Clay St.
Denver, CO 80211


Joanne Morgan, Trustee for Morgan Trust
131 Rogers Circle
Springdale, AR 72764


Kevin Dillard
2421 Indian Tree Run
Glencoe, MO 63038


Kimberly Ann Kisor, Trustee for Morgan Trust
131 Rogers Circle
Springdale, AR 72764

Law Offices of Liebler Gonzalez & Potuondo
Courthouse Tower – 25th Floor
44 W Fagler St.
Miami, FL 33130


M&P Commercial Real Estate Holdings, LLC
c/o Jason Price
1509 N State Rd., Suite I
Pompano Beach, FL 33063


NEOLab
3 Riverside Dr.
Andover, MA 01810


State of Florida, Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


TIAA Commercial Finance, Inc
10 Waterview Blvd.
Parsippany, NJ 07054


Toshiba Business Solutions
PO Box 402709
Atlanta, GA 30384


United Healthcare
PO Box 959782
Saint Louis, MO 63195


Verizon
Bankruptcy Administration
500 Technology Dr., Suite 550
Saint Charles, MO 63304


Walker Benefits, LLC
2599 Wilmington Rd.
New Castle, PA 16105


Wayne Pearson
19586 David Ford Rd.
Springdale, AR 72764


Woodforest National Bank
25231 Grogans Mill Rd.
Suite 450
The Woodlands, TX 77380

# United States Bankruptcy Court

Southern District of Florida

**In re** Freeman Orthodontics, P.A.

Case No. _____

**Debtor**

Chapter _11_ _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 12,500.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 475.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)   Freeman Mobile Orthodontics PLLC

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/17/2020

*Date*

/s/ Aaron Wernick, 14059

*Signature of Attorney*

Wernick Law, PLLC

*Name of law firm*

2255 Glades Road
Suite 324A
Boca Raton, FL 33431
561-961-0922
awernick@wernicklaw.com