UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                              |      Case No. 20-15409-SMG
                                                    |           Chapter 11
FREEMAN
ORTHODONTICS, P.A.
                                                    |
_____/
            Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

    I, Soneet R. Kapila, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  A plan was confirmed on February 26, 2021. No plan payments were made to the trustee.  The Court deemed the plan substantially consummated, and pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on February 25, 2021, the Court ordered compensation of $7,732.14 be awarded to the trustee. These funds were paid by the debtor to the trustee on January 12, 2021 and March 24, 2021. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.

Date: April 26, 2021          By:    /s/Soneet R. Kapila
                                     Soneet R. Kapila
                                     Subchapter V Trustee
                                     Post Office Box 14213
                                     Fort Lauderdale, FL 33302
                                     Phone: 954-761-8707
                                     Fax: 954-761-1033
                                     Email: SubVTrustee@kapilaco.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**